UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

## APPEARANCE OF COUNSEL FORM

No. 13-1481

THE CLERK WILL ENTER MY APPEARANCE AS COUNSEL ON BEHALF OF:

Lori Freeman _____ as the
(party name)

[✓] appellant(s) [ ] appellee(s) [ ] petitioner(s) [ ] respondent(s) [ ] amicus curiae [ ] intervenor(s)

/s/ Brian Wolfman
(signature)

*If you have not been admitted to practice before the Fourth Circuit, you must complete and return an application for admission with this form. If you were admitted to practice under a different name than you are using now, you must include your former name when completing this form so that we can locate you on the attorney roll.*

| Brian Wolfman | (202) 662-9535 |
| Name (printed or typed) | Voice Phone |
| Institute for Public Representation | (202) 662-9634 |
| Firm Name (if applicable) | Fax Number |
| 600 New Jersey Ave, NW, Suite 312 | |
| Washington, DC 20001 | wolfmanb@law.georgetown.edu |
| Address | E-mail address (print or type) |

[ ] I am not participating in this case. Appellate counsel is:

_____   _____
(Name)                    (Phone)

### REGISTRATION AS AN APPELLATE ECF FILER

Electronic filing of documents by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at www.ca4.uscourts.gov/cmecftop.htm.

### CERTIFICATE OF SERVICE
************************

I certify that on this date I served this document on all parties as follows:

To be served on all parties or their counsel of record electronically through the CM/ECF system.

/s/ Brian Wolfman                                    April 15, 2013
Signature                                            Date

Reset Form