# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

## No. 13-1481

LORI FREEMAN,

Appellant,

v.

DAL-TILE CORPORATION,

Appellee.

## APPELLANT LORI FREEMAN'S UNOPPOSED MOTION FOR EXTENSION OF TIME AND PROPOSED BRIEFING SCHEDULE

Appellant Lori Freeman moves for an extension of time to file the opening brief and appendix from the current due date of May 29, 2013 to October 4, 2013. Under this Court's briefing order of April 19, 2013, Ms. Freeman's opening brief and the appendix are due May 29, 2013, Appellee's response brief is due July 1, 2013, and Ms. Freeman's reply brief is due within fourteen days of service of the response brief.  Ms. Freeman has conferred with Appellee's counsel, and Appellee does not oppose this motion or Ms. Freeman's proposed briefing dates.

1

Therefore, Ms. Freeman proposes amending the deadlines as follows:

| Briefs | Due Dates |
|---|---|
| Ms. Freeman's Opening Brief and Appendix | October 4, 2013 |
| Appellee's Response Brief | November 22, 2013 |
| Ms. Freeman's Reply Brief | December 9, 2013 |

1. Good cause exists for this request, and extraordinary circumstances warrant an extension. Ms. Freeman is represented by the Institute for Public Representation (IPR), a clinical education program at Georgetown University Law Center (GULC). Ms. Freeman requests that this Court set the briefing schedule in GULC's fall semester, when clinic students will be available to work on the opening brief and reply.

2. An extension of the briefing schedule would allow IPR to arrange its work schedule in this appeal and other matters in a manner that best serves Ms. Freeman's needs and IPR's mission, while reasonably accommodating Appellee's schedule. GULC operates on a semester system. Its student attorneys are gone between May and August and will not return to school until September 3, 2013. Therefore, extending the due date for the opening brief and appendix to October 4,

2013 would allow IPR's fall semester student attorneys approximately one month to prepare the brief.

3. IPR's projects serve a clinical education function. IPR gives students an opportunity to work full-time on significant litigation that requires extensive research and writing. The experience of drafting merits briefs in employment discrimination matters (such as the present case) typically gives students an opportunity to consider questions of strategy, the need for careful preparation and planning, and how to mesh the client's goals with the applicable law and facts.

4. IPR acts as counsel for individuals like Ms. Freeman who are unable to afford legal representation, particularly in employment discrimination cases such as this one. Undersigned counsel believes that Ms. Freeman would have a difficult time finding another attorney to represent her in this appeal in light of her financial circumstances. For that reason as well, the Court should grant this motion for an extension of time.

## Conclusion

For the above reasons, Ms. Freeman requests that this Court extend the deadline to file her opening brief and the appendix to October 4, 2013, the deadline for Appellee to file its response to November 22, 2013, and the deadline for Ms. Freeman to file her reply to December 9, 2013.

Respectfully submitted,


s/ Anne W. King_____
Anne King, D.C. Bar No. 996578
Brian Wolfman, D.C. Bar No. 427491
Institute for Public Representation
Georgetown University Law Center
600 New Jersey Avenue, N.W., Suite 312
Washington, DC 20001
Tel: (202) 662-9546
Fax: (202) 662-9634
Email: ak682@law.georgetown.edu

## CERTIFICATE OF SERVICE

I certify that on April 30, 2013, I electronically filed Appellant Lori

Freeman's Unopposed Motion for Extension of Time and Proposed Briefing

Schedule with the Clerk of court using the CM/ECF System, which will send

notice of such filing to the following registered CM/ECF users:

Kristine M. Sims
William J. McMahon IV
Constangy, Brooks & Smith, LLC
Suite 300
Century Plaza
100 North Cherry Street
Winston-Salem, NC 27101-0000

s/ Anne W. King_____
Anne King, D.C. Bar No. 996578
Brian Wolfman, D.C. Bar No. 427491
Institute for Public Representation
Georgetown University Law Center
600 New Jersey Avenue, N.W., Suite 312
Washington, DC 20001
Tel: (202) 662-9546
Fax: (202) 662-9634
Email: ak682@law.georgetown.edu